# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE JOHN DENNY,<br><br>Defendant. | CR-13-115-GF-BMM-JTJ<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston conducted a revocation hearing in this matter on July 9, 2019. (Doc. 118.) The United States alleged that Bruce John Denny violated his conditions of supervised release by (1) failing to report for substance abuse testing, (2) failing to successfully complete sex offender treatment, (3) using methamphetamine, (4) failing to report for substance abuse treatment, (5) failing to follow the instructions of his probation officer, (6) failing to comply with sex offender registration requirements, (7) failing to notify his probation officer of a change in residence. (Doc. 111.)

Judge Johnston entered Findings and Recommendations in this matter on July 10, 2019. (Doc. 119.) Denny objected to Judge Johnston's Findings and Recommendations. (Doc. 120.) Denny objected to Judge Johnston's recommended 39 month term of supervised release to follow his 6 months of custody. *Id.* at 2.

The Court held a hearing on Denny's objection on July 31, 2019. The Court determined that Judge Johnston did not err in his Findings and Recommendations. The Court will therefore adopt Judge Johnston's Findings and Recommendations in full.

The admitted violations prove serious and warrant revocation of Denny's supervised release. Judge Johnston has recommended that the Court revoke Denny's supervised release and commit Denny to the custody of the Bureau of Prisons for a term of 6 months, with 39 months of supervised release to follow. (Doc. 119 at 4.)

Denny's violation of his conditions represents a serious breach of the Court's trust. A sentence of 6 months custody, followed by 39 months of supervised release represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 119) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Bruce John Denny be sentenced to 6 months custody with 39 months of supervised release to follow.

DATED this 31st day of July, 2019.

_____
Brian Morris
United States District Court Judge