IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   vs.<br><br>BRUCE JOHN DENNY,<br><br>                Defendant. | CR-13-115-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 29, 2021. (Doc. 156.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 28, 2021. (Doc. 164.)  The United States accused Denny of violating his conditions of supervised release 1) by using methamphetamine; and 2) by failing to report for sex offender treatment.  (Doc. 148.)

At the revocation hearing, Denny admitted he had violated the terms of his supervised release by using methamphetamine. (Doc. 151.)  The Court dismissed alleged violation 2 on the government's motion. (*Id*.)  Judge Johnston found that the violation Denny admitted proved to be serious and warranted revocation, and recommended that Deny receive a custodial sentence of 12 months and 1 day, with a no supervised release to follow. (Doc. 156.)  Denny was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 151.)  The violation proves serious and warrants revocation of Denny's  supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 156) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Bruce John Denny be sentenced to the custody of the United States Bureau of Prisons for 12  months and 1 day, with no supervised release to follow.

DATED this 14th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court